LAW OFFICES
KRAMON & GRAHAM, P. A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201

CHRISTOPHER C. JEFFRIES
DIRECT DIAL
(410) 347-7412

TELEPHONE: (410) 752-6030
FACSIMILE: (410) 539-1269

www.kramonandgraham.com

E-MAIL
cjeffries@kg-law.com
DIRECT FACSIMILE
(410) 361-8214

June 28, 2021

**VIA: ECF**

The Honorable George J. Hazel
6500 Cherrywood Lane
Suite 445A
Greenbelt, MD 20770

   Re: *Aaron Winston v. Officer Alex Haziminas, et al.*
      Case No.: 19-cv-00026-GJH

Dear Judge Hazel:

  I write with Plaintiff's consent to provide a status report as requested in Your Honor's June 24, 2021, Order (ECF 60).

  This matter was originally scheduled for a June 10, 2021, settlement conference before Judge Boardman.  That conference was postponed at Plaintiff's request.  On June 24, 2021, the case was reassigned to Judge Coulson for settlement, but a settlement conference date has not yet been set.  The Parties still intend to participate in a settlement conference before the filing of any dispositive motions.

  Should Your Honor need further information, please do not hesitate to contact me.

           Sincerely,

           */s/ Christopher C. Jeffries*

           Christopher C. Jeffries

CCJ:cj