IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AARON WINSTON, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLR-19-26 |
| ALEX HAZIMINAS, et al., | * | |
| Defendants. | * | |

\*\*\*

**SETTLEMENT ORDER**
**(LOCAL RULE 111)**

The jury trial in this matter began on Monday, February 6, 2023. On February 7, 2023, the parties advised the Court that they had reached a settlement in principle, including all counterclaims, cross-claims and third-party claims, if any. The parties anticipate finalizing and funding the settlement within the next two months. (Id.). Accordingly, pursuant to Local Rule 111, it is this 8th day of February, 2023, hereby:

ORDERED that this action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 60 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

/s/
George L. Russell, III
United States District Judge